UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josepeh Chalifoux

v.                                          Case No. 23-cv-23-SE

Proto Labs, LLC

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023. For the reasons explained therein, the defendant's motion to dismiss Counts II, IV, V, VI, VIII, IX, X, and XI (Doc. No.21) is granted.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
United States District Judge

Date: January 22, 2024

cc:   Joseph Chalifoux, pro se
      Samantha Rollins Murphy, Esq.
      Terran C. Chambers, Esq.
      Mark B. Rosen, Esq.